**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HAILEY FERRUZOLA,

                  Plaintiff,                  20 **CIVIL** 6843 (SLC)

        -v-                                    <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 16, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, and this case is closed.

**Dated:**  New York, New York
           July 19, 2021

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                        **BY:**
                                                              **Deputy Clerk**